NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3131

MIROSLAW G. STANASZEK,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in
CH0752080125-B-1.

ON MOTION

## O R D E R

Upon consideration of the United States Postal Service's motion for an extension

of time, until May 27, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN -4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Miroslaw G. Stanaszek
    Roger A. Hipp, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 04 2009

JAN HORBALY
CLERK